UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X    Index No. 07-CIV-6508 (WP4)

HENRY AND CATHLEEN ZENO, ON BEHALF OF THEIR MINOR

SON A.Z.

                                        *Plaintiff(s)*            **AFFIDAVIT OF SERVICE**

-against-

PINE PLAINS CENTRAL SCHOOL DISTRICT

                                 *Defendant(s)*

-------------------------------------------------X

STATE OF NEW YORK, COUNTY OF DUTCHESS: ss:
THOMAS J. HARDING, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on JULY 31, 2007 at 2:25 PM., at 2829 CHURCH STREET, PINE PLAINS, NY 12567
Deponent served the within SUMMONS & COMPLAINT & JUDGE'S PRACTICES & PROCEDURES FOR ELECTRONIC FILING on PINE PLAINS CENTRAL SCHOOL DISTRICT defendant therein named,
The index number and filing date of the action were endorsed upon the face of the papers so served therein.

☐ **Individual** — By delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein

☒ **Corporation** — By delivering thereat a true copy *of each* to JOANNE GORMAN
Personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be DISTRICT CLERK thereof, and said individual to be authorized to accept service on behalf of recipient.

☐ **Suitable Age Person** — By delivering thereat a true copy *of each* to _____ a person of suitable age and discretion. Said premises is defendant's ( ) actual place of business ( ) dwelling place ( ) usual place of abode, within the state.

☐ **Affixing to Door** — By affixing a true copy *of each* to the door of said premises, which is defendant's ( ) actual place of business ( ) dwelling place ( ) usual place of abode, within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there: DATE: ____ DATE: ____ DATE: ____ DATE: ____ TIME: ____ TIME: ____ TIME: ____ TIME: ____

☐ **Mailing** — Mailed On:
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S.Postal service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside, thereof by return address or Otherwise that the communication was from an attorney or concerned an action against the defendant

☒ **Description** —
SEX: FEMALE    COLOR OF SKIN: WHITE    COLOR OF HAIR: BLOND    AGE: 45-50
HEIGHT: 5'7"    WEIGHT: 160-180 LBS..
Other identifying features:

☐ **Military Service** — I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform*. The Source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

At the time of said service, deponent paid (tendered) in advance $ _____

*[signature]*
Print name beneath signature
**THOMAS J. HARDING**

Sworn to before me on this 1st day of August, 2007

*[signature]*
**SANDRA A. TURNER**
Notary Public - State of New York
Qualified in Dutchess County
Commission No.: 01TU6052530
Commission Expires on Dec. 18, 2010