# BERGSTEIN & ULLRICH, LLP

- ATTORNEYS AT LAW -

15 RAILROAD AVENUE • CHESTER, NEW YORK 10918
TELEPHONE (845) 469-1277
FACSIMILE (845) 469-5904
E-MAIL: thefirm@tbulaw.com
www.tbulaw.com

Stephen Bergstein
Helen G. Ullrich

Of Counsel
Christopher D. Watkins

*[Handwritten endorsement across left margin: MARK D. FOX, United States Magistrate Judge, Southern District of New York — "Much of the request so ordered" 7/21/08]*

VIA FACSIMILE (914) 390-4129
July 21, 2008

Hon. Mark D. Fox.
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

   Re:   Zeno v. Pine Plains School District
         07 Civ. 6508 (MDF)

Dear Judge Fox:

This firm represents plaintiff in the above-referenced case. A telephonic status conference has been scheduled for July 24, 2008 at 8:45 a.m.

Although discovery is scheduled to end on July 31, 2008, in advance of the telephonic conference, I am writing to request an additional two weeks, through August 15, 2008, to complete discovery. Although the parties have diligently pursued discovery in this matter, I have two remaining depositions. They were scheduled for this week, but I had to move them in anticipation of a trial in State court. Counsel for defendant and I have agreed that the first deposition will take place on August 1, and the second will take place on August 15. Consistent with this change in the discovery schedule, the parties further request that the summary judgment briefing schedule be adjusted accordingly.

Very truly yours,

*/s/ Stephen Bergstein*

Stephen Bergstein

cc:   John Moore, Esq.
      Via facsimile (518) 449-5517

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED]*