

# TOWNE, RYAN & PARTNERS, P.C.
### ATTORNEYS AT LAW

December 3, 2009

**VIA ECF**

Hon. Paul E. Davison, Magistrate Judge
United States District Court,
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:    Henry and Cathleen Zeno, on behalf of their minor son, A.Z. v. Pine Plains C.S.D.
             Civil Action No.: 07-cv-6508
             Our File No.: 193.7141

Dear Judge Davison:

    The undersigned represents the defendant, Pine Plains Central School District in the above-referenced matter. Annexed hereto please find an original Consent to Change Attorney form on behalf of the aforementioned defendant, which substitutes the firm of Towne, Ryan & Partners, P.C. for Ryan & Smallacombe, PLLC. The undersigned and Claudia A. Ryan, Esq. will remain as attorneys of record on this matter, only the law firm has changed.

    We are requesting that your Honor execute the Consent to Change Attorney form, and if you would like this firm to file the "So Ordered" form through the ECF system, kindly return it by mail to John F. Moore, Esq., Towne, Ryan & Partner, P.C., 450 New Karner Road, P.O. Box 14072, Albany, New York 12212 or by facsimile to 518-452-6435.

    Thank you for your kind consideration.

                                            Respectfully yours,

                                           TOWNE, RYAN & PARTNERS, P.C.

                        By:    _____
                                           John F. Moore, Esq.
                                           *Admitted to Practice in New York*
                                           Email: john.moore@townelaw.com

JFM/jr/mys
Attachment
cc:    Stephen Bergstein, Esq.

**Albany**
450 New Karner Road
PO Box 15072
Albany, NY 12212
518.452.1800 p
518.452.6435 f

**Saratoga Springs**
137 Maple Avenue
Saratoga Springs, NY 12866
518.587.7300 p
518.587.2734 f

**Schoharie**
2668 State Route 7
Cobleskill, NY 12043
518.296.8866 p
518.296.8860 f

**Poughkeepsie**
82 Washington Street
Suite 201 A
Poughkeepsie, NY 12601
845.485.7525 p
845.485.7526 f

Additional Offices: Burnt Hills, NY • Bennington, VT
www.townelaw.com