UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X
Anthony Zeno,                                           07 CV 6508 (PED)

                           Plaintiff,                **JUDGMENT**
        -against-

Pine Plains Central School District


                           Defendant
- - - - - - - - - - - - - - - - - - - - X

       The issues in the above entitled action having been brought on for trial before the Honorable Paul E. Davison, United States Magistrate Judge with a jury on March 12, 2010, and at the conclusion of the trial, the jury having answered the attached special verdict form, and the jury in so doing having returned a verdict in favor of the plaintiff, it is,

       **ORDERED, ADJUDGED AND DECREED:** That the plaintiff, Anthony Zeno, have judgment in the sum of $1,250,000.00, as against the defendant, Pine Plains Central School District

DATED: White Plains, N.Y.
       March 17, 2010

APPROVED: _____          J. Michael McMahon
         U.S.M.J                                   **CLERK**
                                                         Clerk

i:/judgment.zeno.6508

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```