# EXHIBIT 1

| Bill Date | Desc | Dur/Qty | Staff |
|---|---|---|---|
| | **HELEN G. ULLRICH HOURS** | | |
| 2/4/2010 | trial prep: review summary judgment brief & decision; review deposition exhibits | 2.60 | HGU |
| 2/11/2010 | review & edit brief opposing def. motion in limine | 0.60 | HGU |
| 2/15/2010 | meeting with Cathy & Anthony Zeno - trial prep | 2.50 | HGU |
| 2/19/2010 | trial prep - review Kaumeyer transcript | 0.60 | HGU |
| 2/25/2010 | review Kaumeyer deposition | 2.60 | HGU |
| 2/26/2010 | client meeting - review testimony | 4.00 | HGU |
| 3/2/2010 | review all plaintiff's exhibits | 2.80 | HGU |
| 3/2/2010 | calls to Maxey & Vetrano | 0.20 | HGU |
| 3/3/2010 | phone conference - Marilyn Vetrano | 0.30 | HGU |
| 3/3/2010 | phone conference - Eloise Maxey | 0.30 | HGU |
| 3/3/2010 | prepare letter & subpoena for Vetrano & Maxey | 0.20 | HGU |
| 3/3/2010 | review defendant's exhibits | 3.10 | HGU |
| 3/3/2010 | review Howe direct exam | 0.80 | HGU |
| 3/3/2010 | review Stoorvogel deposition | 1.20 | HGU |

| Date | Description | Hours | Atty |
|---|---|---|---|
| 3/3/2010 | designate Kaumeyer exhibits | 0.60 | HGU |
| 3/4/2010 | draft Vetrano direct exam | 0.50 | HGU |
| 3/4/2010 | review opp. counsel letter on vetrano and maxie; review draft response; edit response; review relevant discovery | 0.60 | HGU |
| 3/5/2010 | strategy meeting with SB & EB | 0.70 | HGU |
| 3/5/2010 | conference call with court | 0.40 | HGU |
| 3/5/2010 | finalize Vetrano & maxey direct exams | 0.90 | HGU |
| 3/7/2010 | trial prep: write opening statement, draft Kaumeyer and Stoorvogel direct/cross examinations, brainstorming with SB and EBB | 6.00 | HGU |
| 3/8/2010 | trial (8.0) morning prep (1.0) and travel (2.25 x .5 = 1.13) | 10.13 | HGU |
| 3/9/2010 | trial (8.0) morning prep (1.0) and travel (2.25 x .5 = 1.13) | 10.13 | HGU |
| 3/10/2010 | trial (8.0) morning prep (1.0), travel (2.25 x .5 = 1.13) and write closing (3.5) | 13.63 | HGU |
| 3/11/2010 | trial (8.0) morning prep (1.0), travel (2.25 x .5 = 1.13) and write closing (3.5) | 13.63 | HGU |
| 3/12/2010 | trial (4.0) and travel (1.0 x .5 = .5) | 4.50 | HGU |
| | **TOTAL FOR ULLRICH: 83.52 hours x $375.00 = $31,320** | | |
| **STEPHEN BERGSTEIN HOURS** | | | |

| Date | Description | Hours | Initials |
|---|---|---|---|
| 11/17/2006 | Intake meeting with Zenos | 2.00 | SB |
| 11/20/2006 | review intake materials | 3.00 | SB |
| 12/4/2006 | research deliberate indifference, procedural issues | 2.75 | SB |
| 1/5/2007 | additional research - deliberate indifference | 2.00 | SB |
| 12/20/2006 | Draft retainer | 0.50 | SB |
| 3/18/2007 | Draft complaint | 4.00 | SB |
| 5/1/2007 | Revise complaint | 0.67 | SB |
| 5/14/2007 | Meet w/client re complaint | 1.25 | SB |
| 5/17/2007 | Revise complaint | 1.25 | SB |
| 10/18/2007 | draft discovery demands | 1.25 | SB |
| 10/23/2007 | review discovery demands | 1.00 | SB |
| 10/23/2007 | scheduling order matters | 0.50 | SB |
| 10/25/2007 | pretrial conf (.40) and travel (2.0 x .5 = 1.0) with Judge Fox | 1.40 | SB |
| 11/29/2007 | telephone conf with court and review our discovery responses | 0.50 | SB |
| 2/7/2008 | letter to karas re discovery deadline | 0.25 | SB |
| 4/22/2008 | tele conf with court and counsel | 0.25 | SB |

| Date | Description | Hours | |
|---|---|---|---|
| 4/24/2008 | review file to identify deposition witnesses | 1.00 | SB |
| 5/9/2008 | tc with client re discovery issues and deadlines | 0.25 | SB |
| 6/3/2008 | coordinate depositions with John Moore | 0.25 | SB |
| 6/6/2008 | prepare plaintiffs for depo/ depo prep | 2.00 | SB |
| 6/10/2008 | plaintiff depo | 6.50 | SB |
| 6/16/2008 | plaintiff depo | 6.50 | SB |
| 6/17/2008 | review file and conf with EBB re zeno depos | 1.00 | SB |
| 6/26/2008 | review file for upcoming depositions | 2.50 | SB |
| 7/14/2008 | review file, prepare for depos | 5.00 | SB |
| 7/15/2008 | howe depo and morning prep | 5.00 | SB |
| 7/17/2008 | defend depos - Henry and Jenise Zeno | 5.00 | SB |
| 7/30/2008 | prepare for stoorvogel depo | 2.00 | SB |
| 7/31/2008 | prepare for stoorvogel depo | 1.75 | SB |
| 8/1/2008 | depo of stoorvogel and morning prep | 4.00 | SB |
| 8/12/2008 | prep for Kaumeyer depo | 2.50 | SB |
| 8/14/2008 | prepare for kaumayer depo | 1.25 | SB |

| Date | Description | Hours | Initials |
|---|---|---|---|
| 8/15/2008 | kaumeyer depo and morning prep | 3.00 | SB |
| 1/29/2009 | tc in zeno with Court | 0.15 | SB |
| 2/2/2009 | tc with client re status of case | 0.25 | SB |
| 2/9/2009 | respond to def's summary judgment letter | 3.00 | SB |
| 2/10/2009 | motion for summary judgment | 2.25 | SB |
| 2/11/2009 | motion for summary judgment | 4.00 | SB |
| 2/12/2009 | motion for summary judgment | 7.50 | SB |
| 2/13/2009 | motion for summary judgment | 7.00 | SB |
| 3/5/2009 | motion for summary judgment | 6.40 | SB |
| 3/6/2009 | summary judgment brief | 6.00 | SB |
| 3/12/2009 | summary judgment motion | 5.40 | SB |
| 3/13/2009 | revise brief and draft/edit rule 56.1 statement | 2.50 | SB |
| 5/26/2009 | tc with CZ re motion for summary judgment | 0.50 | SB |
| 6/10/2009 | tc with cz re settlement | 0.25 | SB |
| 6/15/2009 | pre-trial conference (.40) and travel 3.0 x .5 = (1.5) | 1.90 | SB |
| 9/28/2009 | tc with court re trial date | 0.40 | SB |

| Date | Description | Hours | Atty |
|---|---|---|---|
| 10/19/2009 | tc with zeno and moore re discovery and settlement | 0.40 | SB |
| 11/16/2009 | meeting with clients re: releases and settlement | 1.00 | SB |
| 1/29/2010 | draft jury instructions | 4.25 | SB |
| 2/2/2010 | edit jury instructions and draft witness list | 0.75 | SB |
| 2/2/2010 | draft AZ direct exam | 3.40 | SB |
| 2/3/2010 | revise AZ direct | 2.50 | SB |
| 2/4/2010 | revise AZ direct | 2.00 | SB |
| 2/5/2010 | Draft exhibit list, revise jury instr, tc with moore and zeno, draft AZ direct | 3.25 | SB |
| 2/6/2010 | draft AZ direct exam | 4.20 | SB |
| 2/7/2010 | draft CZ direct exam | 3.75 | SB |
| 2/9/2010 | tc with Judge Davison and Moore re trial matters | 0.40 | SB |
| 2/9/2010 | motion in limine opp. | 5.00 | SB |
| 2/10/2010 | motion in limine opposition | 5.00 | SB |
| 2/11/2010 | motion in limine opp. | 1.50 | SB |
| 2/12/2010 | revise direct exams - Anthony and Cathleen Zeno | 3.75 | SB |
| 2/15/2010 | meet with zenos re trial issues, review direct exams | 2.75 | SB |

| Date | Description | Hours | Attorney |
|---|---|---|---|
| 2/16/2010 | work on anthony zeno re-direct and direct | 3.00 | SB |
| 2/16/2010 | draft howe cross | 3.00 | SB |
| 2/18/2010 | howe cross prep and AZ redirect plans | 3.00 | SB |
| 2/19/2010 | howe cross prep | 3.25 | SB |
| 2/19/2010 | map out az redirect using def's Rule 56.1 reply | 2.00 | SB |
| 2/20/2010 | howe cross exam | 5.00 | SB |
| 2/21/2010 | stoorvogel cross exam | 3.00 | SB |
| 2/22/2010 | conferences with EBB throughout day on trial prep, documents, witnesses, tc with CZ re prep | 1.50 | SB |
| 2/23/2010 | meeting with eb and hgu re trial prep | 1.50 | SB |
| 2/24/2010 | howe cross exam | 4.00 | SB |
| 2/24/2010 | cathleen zeno direct | 2.00 | SB |
| 2/25/2010 | teleph conference with court and John Moore on in limine motion, et al | 1.00 | SB |
| 2/28/2010 | review AZ direct with plaintiff | 4.00 | SB |
| 2/28/2010 | review and revise CZ direct | 1.00 | SB |
| 2/28/2010 | review AZ direct and motion in limine ruling | 1.10 | SB |

| Date | Description | Hours | |
|---|---|---|---|
| 3/1/2010 | prep CZ for direct | 3.25 | SB |
| 3/1/2010 | review def's trial exhibits | 1.25 | SB |
| 3/2/2010 | revise howe examination | 1.00 | SB |
| 3/2/2010 | zeno trial prep, howe direct, conference with HGU re trial issues and themes | 5.00 | SB |
| 3/3/2010 | trial prep | 6.50 | SB |
| 3/4/2010 | letter to judge re amended witness list | 2.50 | SB |
| 3/4/2010 | trial prep | 6.00 | SB |
| 3/5/2010 | trial prep, tc with Judge Davison re witness dispute, prep AZ and CZ | 7.50 | SB |
| 3/7/2010 | revise Howe cross, conf with HGU re Stoorvogel and Kaumeyer, plan opening | 6.00 | SB |
| 3/8/2010 | trial (8.0) travel (2.25 x .5 = 1.13) morning prep (1.0) prep for next day (1.0) | 11.13 | SB | 0.00 |
| 3/9/2010 | trial (8.0) travel (2.25 x .5 = 1.13) morning prep (1.0) prep for next day (1.0) | 11.13 | SB |
| 3/10/2010 | trial (8.0) travel (2.25 x .5 = 1.13) morning prep (1.0) closing draft (3.5) | 13.63 | SB |
| 3/11/2010 | trial (8.0) travel (2.25 x .5 = 1.13) | 9.13 | SB |
| 3/12/2010 | trial (4.0) travel (2.25 x .5 = 1.13) | 5.13 | SB |
| 3/13/2010 | review hours for fee application (.75) and draft SB affirmation (1.0) | 1.75 | SB |

| 3/14/2010 | revise SB fee affirmation (2.0) and draft fees brief (1.75) | 1.75 | SB |
|---|---|---|---|
| 3/15/2010 | finalize SB and HGU affirmations, memo of law on atty fees | 3.80 | SB |
| **TOTAL FOR BERGSTEIN: 298.27 hours x $375.00 = $111,851.25** | | | |