# EXHIBIT 2

## AMANDA STEWART HOURS (PARA)

| Date | Description | Hours | Initials |
|---|---|---|---|
| 6/15/2007 | Prepared and mailed letter to client | 0.50 | AS |
| 8/15/2007 | Cover letter, copy and mail affidavits of service | 0.25 | AS |
| 8/24/2007 | Preparing Rule 26 disclosures | 1.50 | AS |
| 8/27/2007 | Preparing Rule 26 disclosures | 4.25 | AS |
| 8/30/2007 | Prepare Rule 26 | 1.50 | AS |
| 9/7/2007 | Rule 26 disclosures finalize, copy mail, cover letter | 1.00 | AS |
| | | | 9.00 |

## EVELYN BROWN-BELL HOURS (PARA)

| Date | Description | Hours | Initials |
|---|---|---|---|
| 7/26/2007 | Prepare complaint and attachments for service; letter to process server. | 0.75 | EBB |
| 10/2/2007 | Review discovery demands from defendant. Prepare instruction letter to clients. | 0.75 | EBB |
| 10/24/2007 | Prepare additional interrogatories; finalize discovery demands; letter to opposing attorney. | 1.50 | EBB |
| 11/7/2007 | Review file, including client correspondence and client-prepared timelines. Begin interrogatory response. | 3.00 | EBB |
| 11/13/2007 | T/C client. | 0.25 | EBB |
| 11/16/2007 | Continue to prepare resp to interrogatories. | 1.50 | EBB |
| 11/26/2007 | Review defendant's Rule 26 disclosures; scan. | 0.75 | EBB |

| Date | Description | Hours | Initials |
|---|---|---|---|
| 11/29/2007 | Finalize discovery responses. Prepare multiple authorizations (exhibits 2-8). FERPA research. | 4.50 | EBB |
| 12/3/2007 | Letter to clients. | 0.25 | EBB |
| 12/28/2007 | Telephone message for Mrs. Zeno re: outstanding authorizations, etc. | 0.10 | EBB |
| 1/30/2008 | T/C client | 0.25 | EBB |
| 1/30/2008 | Letter to opp attorney. | 0.25 | EBB |
| 2/15/2008 | Fax consent to opp attorney. | 0.25 | EBB |
| 4/30/2008 | Meeting with clients (includes travel time). | 5.05 | EBB |
| 5/6/2008 | Prepare letter to Northern Dutchess Hospital. | 0.25 | EBB |
| 5/6/2008 | Prepare letter to Dutchess County Sheriff. | 0.15 | EBB |
| 5/6/2008 | Prepare letters to NYSP Salt Point and NYSP Pine Plains. | 0.25 | EBB |
| 5/6/2008 | Prepare letter to Pine Plains Police Department. | 0.15 | EBB |
| 5/6/2008 | Prepare letter to Longwood High School. | 0.15 | EBB |
| 5/6/2008 | Prepare letter to Crime Victims Dutchess County. | 0.25 | EBB |
| 5/8/2008 | Prepare letter to John Moore, Esq. Scan and Fax amended response to Moore. | 0.50 | EBB |
| 5/23/2008 | Letter to clients. | 0.25 | EBB |

| Date | Description | Hours | Atty |
|---|---|---|---|
| 6/6/2008 | Pepare authorizations/releases for Longwood High School and Astor Home-Child Social Work Clinic. Schedule Depositions. Prepare for meeting with clients. | 1.00 | EBB |
| 6/6/2008 | Letter to Longwood High School T/C court reporter. | 0.25 | EBB |
| 6/13/2008 | Review of file; begin time line in anticipation of depositions. | 4.00 | EBB |
| 6/16/2008 | Complete timeline in anticipation of defendant depositions, trial, etc. | 4.00 | EBB |
| 6/17/2008 | Prepare letter to John Moore, Esq. ☐ | 0.25 | EBB |
| 7/1/2008 | T/C client - message | 0.10 | EBB |
| 7/1/2008 | Complete chronology of documents in preparation for depositions. | 1.50 | EBB |
| 7/2/2008 | Prepare letter to John Moore, Esq. | 0.25 | EBB |
| 7/7/2008 | T/C John Moore, Esq. - message - re: deposition schedule. | 1.00 | EBB |
| 7/9/2008 | Letter to NYSP Albany. | 0.25 | EBB |
| 7/17/2008 | Prepare fax to SB and John Moore, Esq. | 0.10 | EBB |
| 7/29/2008 | Letter to clients. | 0.25 | EBB |
| 8/4/2008 | Review correspondence and discovery docs for authorizations provided to defendant. Prepare five additional authorizations. Letter to client. | 1.25 | EBB |
| 8/4/2008 | Letter to J. Moore with Plaintiffs' Deposition Exhibits. | 0.25 | EBB |
| 8/5/2008 | Letter to John Moore. | 0.25 | EBB |

| Date | Description | Hours | Initials |
|---|---|---|---|
| 8/25/2008 | Scan deposition transcript. Prepare letter to C. Zeno. | 0.50 | EBB |
| 8/26/2008 | Scan deposition transcript - Stoorvogel. Prepare letter to John Moore. | 0.50 | EBB |
| 9/18/2008 | Prepare fax to J. Moore | 0.10 | EBB |
| 10/9/2008 | Prepare letter to opp atty. | 0.25 | EBB |
| 10/15/2008 | Scan and PDF three deposition transcripts. Prepare letter to C. Zeno. Prepare letter to H. Zeno. Prepare letter to JZ. Review file for deposition exhibits. | 2.00 | EBB |
| 10/15/2008 | Pepare letter to J. Moore (2), returning transcripts of AZ and Cathleen Zeno. | 0.40 | EBB |
| 10/15/2008 | Prepare four medical releases. Prepare one employment authorization. | 1.00 | EBB |
| 10/15/2008 | Prepare letter to client. | | |
| 11/21/2008 | Prepare letter to opp atty | 0.25 | EBB |
| 12/17/2008 | Prepare letter to John Moore. | 0.30 | EBB |
| 12/19/2008 | Review correspondence from J. Moore dated December 10, 2008. Review file. Copy depo transcript (minuscript) of John Howe. Scan transcript of John Howe. Prepare letter to J. Moore | 0.50 | EBB |
| 2/13/2009 | Send fax to chambers and opp at ty. | 0.10 | EBB |
| 2/25/2009 | Obtain and print defendants motion for summary judgment, including all exhibits. | 2.00 | EBB |
| 2/25/2009 | TC James Childs. | 0.50 | EBB |
| 3/5/2009 | Begin research of docs related to defendant's 56.1 statement. | 2.00 | EBB |

| Date | Description | Hours | Initials |
|---|---|---|---|
| 3/9/2009 | Continue rule 56.1 response. | 5.00 | EBB |
| 3/10/2009 | Continue rule 56.1 response. | 6.00 | EBB |
| 3/11/2009 | Complete assistance with SB - response to 56.1 statement. | 1.00 | EBB |
| 3/11/2009 | TC client. | 0.10 | EBB |
| 3/12/2009 | Prepare letter to client. | 0.20 | EBB |
| 3/12/2009 | Prepare e-mail to client - forward Declaration. | 0.10 | EBB |
| 3/18/2009 | Attempted calls to C. Zeno (2). Scan and PDF memo of law, affirmation and 11 exhibits. | 0.75 | EBB |
| 3/20/2009 | Scan and create PDF copies of revised docs. E-mail Amended Complaint to SDNY. ECF summary judgment response to SDNY. Prepare courtesy copy and hard copy for opp atty. Prepare certificate of service. Draft letter for SB to court. Prepare letter to clients. | 2.00 | EBB |
| 4/13/2009 | Review ECF docket. Prepare notice of appearance. ECF notice of appearance to NDNY. Prepare letter to J. Moore. | 0.60 | EBB |
| 10/19/2009 | Prepare authorizations for Dr. Goldman, Crime Victims Dutchess County, Leonard Burket Christian School | 0.75 | EBB |

| Date | Description | Hours | Initials |
|---|---|---|---|
| 10/27/2009 | Prepare two authorizations for each of the following: Crime Victims Dutchess County, Northern Dutchess Hospitall, David T. Goldman, M.D., Leonard F. Burket Christian School, Dutchess County BOCES, Astor Services for Children & Families, Gerald Kelly, M.D., Rakesh Punn, M.D., Scot B. Kolsin, M.D. Research and verify location of physicians through NYS Physician Profile. Verify school via school internet web sites. TC client. | 4.00 | EBB |
| 10/29/2009 | Prepare letter to client. | 0.10 | EBB |
| 11/13/2009 | TC Anthony Zeno/Cathleen Zeno. | 0.10 | EBB |
| 11/16/2009 | Notarize medical and other releases for AZ and CZ. Prepare letter to opp atty. | 0.50 | EBB |
| 11/16/2009 | Prepare letter to Leonard Burket Christian School. | 0.20 | EBB |
| 11/16/2009 | Prepare letter to Dutchess County BOCES. | 0.20 | EBB |
| 11/16/2009 | Prepare letter to Northern Dutchess Hospital. Prepare certification form. | 0.25 | EBB |
| 11/16/2009 | Prepare letter to Crime Victims Dutchess County and certification form. | 0.25 | EBB |
| 11/16/2009 | Prepare letter to Dr. David T. Goldman. Prepare certification form. | 0.25 | EBB |
| 11/16/2009 | Prepare letter to Dr. Scot B. Kolsin. Prepare certification form. | 0.25 | EBB |
| 11/16/2009 | Prepare letter to Rakesh Punn, M.D. Prepare certification form. | 0.25 | EBB |

| | | | |
|---|---|---|---|
| 11/16/2009 | Prepare letter to Gerald Kelly, M.D. Prepare certification form. | 0.25 | EBB |
| 11/16/2009 | Prepare letter to Astor Services for Children. Prepare certification form. | 0.20 | EBB |
| 12/1/2009 | Review correspondence & enclosures from Leonard Burket Christian School. | 0.25 | EBB |
| 12/1/2009 | Prepare letter to opp atty. | 0.20 | EBB |
| 12/29/2009 | TC Poughkeepsie Crime Victims. | 0.25 | EBB |
| 1/7/2010 | Prepare 11 new authorizations for opp atty. TC client. Prepare letter to client. | 1.00 | EBB |
| 1/11/2010 | Review medical records from Northern Dutchess Hospital. Prepare letter to opp atty. | 0.50 | EBB |
| 1/13/2010 | Prepare letter to opp atty. | 0.25 | EBB |
| 1/25/2010 | Prepare letter to opp atty. | 0.30 | EBB |
| 2/2/2010 | Review entire file. Begin drafting exhibit list for SB. | 6.00 | EBB |
| 2/3/2010 | Review SJ motion. Complete draft of witness list. Work on trial prep. | 5.00 | EBB |
| 2/4/2010 | Trial prep., includes fax to J. Moore. TC Kingston Hospital. Internet research for witness contact information. Mark def's reply affirmation for SB. | 3.00 | EBB |
| 2/8/2010 | Scan, PDF and ECF pretrial submissions. Prepare letters to A. Zeno and C. Zeno. TC A. Zeno. Work on trial boxes/ | 6.00 | EBB |

| Date | Description | Hours | Atty |
|---|---|---|---|
| 2/9/2010 | Trial prep: summarize depositions, etc. | 6.00 | EBB |
| 2/9/2010 | Trial prep; Mtg. with SB. | 1.00 | EBB |
| 2/10/2010 | Continue trial prep | 3.50 | EBB |
| 2/11/2010 | Trial prep: summarize Howe depo transcript, etc. | 5.50 | EBB |
| 2/16/2010 | Trial prep. | 5.00 | EBB |
| 2/17/2010 | Trial prep, includes complete deposition summaries of Howe and Stoorvogel; e-mails to SB x 2. | 5.00 | EBB |
| 2/18/2010 | Mark trial exhibits. Prepare copies for opp atty, SB and trial boxes. Continue trial prep. | 4.50 | EBB |
| 2/22/2010 | Trial prep, includes review of entire discovery for copies of defendant's trial exhibits, etc. Continue work on trial boxes. | 5.75 | EBB |
| 2/23/2010 | Trial prep. Includes meeting with SB, HGU. Pepare amended witness list. ECF amended witness list. E-mail amended witness list and exhibits to opp atty. | 5.00 | EBB |
| 3/1/2010 | Trial prep includes attendance at meeting with clients; begin preparation of trial binders. Prepare second amended exhibit list. | 6.75 | EBB |
| 3/2/2010 | Prepare subpoena - John Howe. Prepare affidavit of service form. TC process server. Research to confirm addresses of E. Maxey and John Howe (work). | 1.00 | EBB |

| Date | Description | Hours | Initials |
|---|---|---|---|
| 3/2/2010 | Prepare letter to process server. TC process server. Continue to prepare trial boxes/trial prep. | 5.00 | EBB |
| 3/3/2010 | Continue with trial prep./trial notebooks/witness packets, etc. | 6.00 | EBB |
| 3/4/2010 | Prepare trial notebook for Judge Davison. Prepare CD with Plaintiff's proposed jury charge. Prepare letter to Judge Davison for SB. Prepare overnight mailing (Fed Ex). Continue trial prep/trial boxes. | 6.50 | EBB |
| 3/7/2010 | trial prep, organize boxes, brainstorm with HGU and SB, finalize exhibit folders | 3.25 | EBB |
| 3/8/2010 | trial (8.0) travel (2.25 x .5 = 1.13) | 9.13 | EBB |
| 3/9/2010 | trial (8.0) travel (2.25 x .5 = 1.13) | 9.13 | EBB |
| 3/10/2010 | trial (8.0) travel (2.25 x .5 = 1.13) | 9.13 | EBB |
| 3/11/2010 | trial (4.0) travel (2.25 x .5 = 1.13) | 5.13 | EBB |
| **TOTAL FOR BROWN-BELL: 195.52 X $125 = $24,440.00** | | | |

| | MEGAN PAPPAS HOURS (PARA) | | | |
|---|---|---|---|---|
| 5/5/2008 | John Moore called @ 8:30 for SB, question regarding conference call who sets up. Set up conference call with John Moore & Judge Fox at 8:45am | 0.25 | MP | |
| 6/20/2008 | fax letter to opposing counsel regarding plaintiff depo dates in July | 0.25 | MP | |
| 6/20/2008 | Kathleen Zeno returning Evelyn's call - spoke to SB | 0.25 | MP | |
| 6/27/2008 | Set up telephone conference for SB at 8:45am | 0.10 | MP | |
| 7/14/2008 | Make copies of tabbed papers for SB for depositions on Tuesday, 2 copies of each document. | 1.50 | MP | |
| 7/21/2008 | 2 faxes, one to judge one to opposing counsel | 0.25 | MP | |
| 7/23/2008 | Fax to both judge and opposing attorney - letter about telephone conference | 0.25 | MP | |
| 8/7/2008 | Kate Volney from Ryan & Smallacombe called re: authorization in Zeno | 0.25 | MP | |
| 3/13/2009 | Proofread Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment | 2.50 | MP | |
| 11/3/2009 | Anthony Zeno deposition transcript - depo summary start | 4.25 | MP | |
| 11/4/2009 | Deposition summary - Anthony Zeno | 3.25 | MP | |

| Date | Description | Hours | Initials |
|---|---|---|---|
| 11/16/2009 | Anthony Zeno deposition summary | 4.50 | MP |
| 11/17/2009 | Finish Anthony Zeno depo summary | 2.50 | MP |
| 3/1/2010 | Faxed letter to Judge and opposing counsel. Made copy to file. | 0.25 | **MP** |

**TOTAL FOR PAPPAS: 20.35 hours x $125 = $2543.75**