```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------X
Anthony Zeno,                                       07 CV 6508 (PED)

                    Plaintiff,                      **AMENDED** FINAL JUDGMENT
        -against-

Pine Plains Central School District                 #10,0059 WP


                    Defendant
-------------------------X
```

The issues in the above entitled action having been brought on for trial before the Honorable Paul E. Davison, United States Magistrate Judge with a jury on March 12, 2010, and at the conclusion of the trial, the jury having answered the special verdict form, and the jury in so doing having returned a verdict in favor of the plaintiff. The Court thereafter on September 8, 2010 having handed down it Memorandum and Amended Order directed the clerk to enter an AMENDED FINAL JUDGMENT for Plaintiff Anthony Zeno and against Defendant Pine Plains Central School District, with interest at the federal rate from the date of judgment to the date of payment, as follows:

1) In favor of **Anthony Zeno** in the sum of **$1,000,000.00** and

2) On favor of **Bergstein & Ullrich, LLP**, in the amount of **$189,920.50** for attorney's fees and costs in the amount of $2,362.60 for a total of **$192,283.10**, it is,

       ORDERED, ADJUDGED AND DECREED: That the plaintiff, **Anthony Zeno**, have judgment in the sum of **$1,000,000.00**, as against the defendant, Pine Plains Central School District and that the law firm of **Bergstein & Ullrich, LLP** have judgment for a total of **$192,283.10** with interest

```
DATED: White Plains, N.Y.
       September 9, 2010
```

                    *J. Ruby Krajick*
                    ―――――――――――
                         Clerk

```
i:/judgment.zeno.6508
```

                    E.O.D.